# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Appeals Bureau*
Barry D. Leiwant
*Attorney-in-Charge*

January 17, 2012

**FILED**
IN CLERK'S
U.S. DISTRICT COURT
✯ JAN 18 2012
BROOKLYN OFFICE

**VIA FACSIMILE – (718)613-2166**

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:  United States v. David Ahdab**
     **10 Cr. 309 (SLT)**

Your Honor:

I represent defendant David Ahdab on his appeal from the judgment imposed by this Court on July 15, 2011. For the reasons set forth below, I respectfully request the Court to direct the Clerk's Office to provide me with a copy of the written statement of reasons ("SOR") that may have been included as part of the judgment, but that was not furnished to counsel.

Pursuant to a notice issued by the Court of Appeals on April 27, 2007, counsel on appeal are now required, under certain circumstances, to provide the Second Circuit with copies of the SOR. In this District, however, the SOR is treated as confidential and is ordinarily not provided even to counsel; nor is it available on the Court's public website. I have contacted both the Clerk's Office and this Court's staff regarding this problem and was advised to write directly to Your Honor. Accordingly, I respectfully request that the Court direct the Clerk's Office to provide the SOR to me so that I may fulfill my duties as appellate counsel.

The application is  X granted.
                      ___ denied.
SO ORDERED.

s/ SLT
/Sandra L. Townes, U.S.D.J.
Dated: January 18, 2012
Brooklyn, New York

Honorable Sandra L. Townes  January 17, 2012
United States District Judge  Page 2
Eastern District of New York

Re: **United States v. David Ahdab**
    **10 Cr. 309 (DLI)**

Thank you for your attention to this matter.

                                      Respectfully yours,

                                      *[signature]*

                                      **EDWARD S. ZAS**
                                      Assistant Federal Defender

ESZ/wd

cc: Michael P. Canty, Esq.
    Assistant United States Attorney
    Eastern District of New York
    (via facsimile - (718) 254-4032))